UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND KING | CIVIL ACTION |
| VERSUS | |
| PAUL TOCE, ET AL. | NO.: 18-CV-00050-BAJ-RLB |

### RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 33)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Defendants' Motion to Dismiss (Doc. 18). Defendants moved to dismiss Plaintiff's complaint pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure for failure to timely perfect service. Defendants claimed that Plaintiff's claims should be dismissed because service of process was not effected within 90 days of the filing of the complaint as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. The Magistrate Judge recommended that the Motion to Dismiss be DENIED, and Plaintiff's complaint be considered TIMELY.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 33 at p. 1). Neither party objected. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and

Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 33)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Dismiss (Doc. 18)** is **DENIED**.

**IT IS FURTHER ORDERED** that service is deemed to have been **TIMELY**.

Baton Rouge, Louisiana, this 15th day of May, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**