UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND KING                                            CIVIL ACTION

VERSUS

PAUL TOCE, ET AL.                              NO.: 18-CV-00050-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 46)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Defendant's Motion to Dismiss (Doc. 34). The *pro se* Plaintiff, an inmate confined at the Louisiana State Penitentiary, alleged that Defendants acted with deliberate indifference to Plaintiff's medical needs in violation of the Eighth Amendment. (*Id.* at p. 2). The Magistrate Judge found that Plaintiff failed to state claims against Defendants upon which relief could be granted. (Doc. 46). The Magistrate Judge recommended that the Court dismiss Defendant Jane Doe L. Ducote for lack of service, grant the Motion to Dismiss filed by Defendants James LeBlanc and Paul Toce, decline to exercise supplemental jurisdiction in connection with Plaintiff's state law claims, and deny Plaintiff's Motion to Dismiss Defendant James LeBlanc (Doc. 36) and Defendants' Motion for an Extension of Discovery Deadlines (Doc. 39) as moot. (*Id.* at p. 7).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report

and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id.* at p. 1). Plaintiff filed a response to the Report and Recommendation. (Doc. 47-1 and 47-2). Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 46) is ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that claims against Defendant Jane Doe L. Ducote are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant's **Motion to Dismiss (Doc. 34) is GRANTED**.

**IT IS FURTHER ORDERED** that all claims brought by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**. Further, the Court **SHALL NOT** assume supplemental jurisdiction over Plaintiff's claims arising from state law.

**IT IS FURTHER ORDERED** that Plaintiff's **Motion to Dismiss Defendant James LeBlanc (Doc. 36)** and Defendants' **Motion for an Extension of Discovery Deadlines (Doc. 39)** are **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 16th day of August, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**